ROTHNER, SEGALL & GREENSTONE
GLENN ROTHNER (CSB No. 67353)
E-Mail: grothner@rsglabor.com
MICHELE SHERER ANCHETA (CSB No. 192039)
E-Mail: mancheta@rsglabor.com
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

Attorneys for Plaintiff, SEIU UHW-WEST and
 JOINT EMPLOYER EDUCATION FUND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEIU UHW-WEST and JOINT EMPLOYER EDUCATION FUND,<br><br>Plaintiff,<br><br>v.<br><br>BROTMAN MEDICAL CENTER; PROSPECT MEDICAL HOLDINGS, INC.; SOUTHERN CALIFORNIA HOSPITAL AT CULVER CITY; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:14-CV-09461<br><br>COMPLAINT FOR TRUST FUND CONTRIBUTIONS TO EMPLOYEE BENEFIT PLAN<br><br>[29 U.S.C. §§ 185(a), 1132(a)(3), and 1145] |

Plaintiff alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for contributions due to employee benefit plans. Jurisdiction in this Court is based on §§ 502(a)(3), 502(e)(1), and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C.

///

1

§§ 1132(a)(3), 1132(e)(1), 1145, and on § 301(a) of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. § 185(a).

2. Venue is proper in this Court pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), and LMRA § 301(a), 29 U.S.C. § 185(a), in that this is the district where a substantial part of the events giving rise to the claim occurred.

**PARTIES**

3. The claims in this action are brought on behalf of the SEIU UHW-WEST and JOINT EMPLOYER EDUCATION FUND ("Education Fund"). The Education Fund is now, and was at all times material herein, a jointly trusteed labor-management multiemployer trust fund created and maintained pursuant to LMRA § 302(c)(5), 29 U.S.C. § 186(c)(5). The Education Fund is an "employee benefit plan" as that term is defined in ERISA § 3(3), 29 U.S.C. § 1002(3), and within the meaning of ERISA § 515, 29 U.S.C. § 1145.

4. Plaintiff Education Fund was created pursuant to separate Agreements and Declarations of Trust ("Trust Agreements") executed and maintained pursuant to Collective Bargaining Agreements ("CBA") with SEIU UHW-WEST and Employers in the health care industry. The Education Fund is funded by contributions from participating employers that are required to be made pursuant to the provisions of such CBAs.

5. Plaintiff is informed and believes and on that basis alleges that Defendants BROTMAN MEDICAL CENTER, PROSPECT MEDICAL HOLDINGS, INC. and SOUTHERN CALIFORNIA HOSPITAL AT CULVER CITY are California corporations with their principal place of business in Los

Angeles, California. Employer is an "employer" engaged in "commerce" and in an "industry affecting commerce" as defined in LMRA §§ 2(2) and (7), 29 U.S.C. §§ 152 (2) and (7), and LMRA § 301(a), 29 U.S.C. § 185(a), and in ERISA §§ 3(5) and (12), 29 U.S.C. §§ 1002(5) and (12), and ERISA § 515, 29 U.S.C. § 1145.

6. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 10, inclusive, and therefore sue these defendants by such fictitious names.

7. Plaintiff is informed and believes, and thereon alleges, that at all material times each of the defendants was the agent and/or employee of the remaining defendants and that each was acting within the course and scope of such agency and/or employment. To the extent that the conduct and omissions alleged herein were perpetrated by one or more defendants, the remaining defendants confirmed and ratified such conduct and omissions.

## FACTUAL ALLEGATIONS
### [THE OBLIGATION TO MAKE BENEFIT CONTRIBUTIONS]

8. From 2008 to present, Employer was party to and bound by a CBA with SEIU UHW-WEST. The Education Fund has at all times been a third party beneficiary of the CBA.

9. Under the CBA and Trust Agreements, the Employer is required to pay employee benefit plan contributions to the Education Fund in the amount of .22% of the collective bargaining unit's payroll for the previous year.
///

3

10. An audit was completed in November 2013, by Lindquist LLP, showing contributions owing in the amount of $9,203.65 for the contribution years 2009, 2010, 2011 and 2012.

### FIRST CLAIM FOR RELIEF
### [FAILURE TO PAY MONIES OWED]

11. Employer has failed to pay contributions in the amount of $9,203.65 in violation of the CBA, LMRA § 301, 29 U.S.C. § 185, and ERISA § 515, 29 U.S.C. § 1145.

**WHEREFORE**, plaintiff seeks judgment against Employer as follows:

1. Payment of contributions owing from 2009 - 2012 in the amount of $9,203.65;

2. For liquidated damages and interest on all delinquent contributions;

3. For reasonable attorneys' fees and costs incurred;

4. For such other and further relief as this Court deems proper.

DATED: December 9, 2014    GLENN ROTHNER
MICHELE SHERER ANCHETA
ROTHNER, SEGALL & GREENSTONE

By: _____
MICHELE SHERER ANCHETA
Attorneys for Plaintiff, SEIU UHW-WEST and
JOINT EMPLOYER EDUCATION FUND