Maria Z. Stearns (State Bar No. 230649)
mstearns@rutan.com
Peter Hering (State Bar No. 298427)
phering@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Defendant
SOUTHERN CALIFORNIA HEALTHCARE
SYSTEM, INC., DBA SOUTHERN CALIFORNIA
HOSPITAL AT CULVER CITY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SEIU UHW-WEST and JOINT EMPLOYER EDUCATION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>BROTMAN MEDICAL CENTER; PROSPECT MEDICAL HOLDINGS, INC.; SOUTHERN CALIFORNIA HOSPITAL AT CULVER CITY; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:14-CV-09461<br><br>Judge R. Gary Klausner<br><br>**DISCLOSURE STATEMENT OF DEFENDANT SOUTHERN CALIFORNIA HOSPITAL AT CULVER CITY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Date Action Filed:  December 10, 2014<br>Trial Date:           Not Assigned |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Southern California Healthcare System, Inc., dba Southern California Hospital at Culver City hereby states that (i) its parent company is Alta Hospitals System, LLC; and (ii) there is no publicly-traded corporation that owns 10% or more of its stock.

/ / /

/ / /

/ / /

/ / /

/ / /

1      These representations are made to enable the Court to evaluate possible
2 disqualifications or recusal.

3 Dated: February 6, 2015           RUTAN & TUCKER, LLP
                                             MARIA Z. STEARNS

                                             By:     /s/ Maria Z. Stearns
                                                       Maria Z. Stearns
                                                       Attorneys for Defendant
                                                       SOUTHERN CALIFORNIA
                                                       HEALTHCARE SYSTEM, INC.,
                                                       DBA SOUTHERN CALIFORNIA
                                                       HOSPITAL AT CULVER CITY