UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU UHW-WEST AND JOINT EMPLOYER EDUCATION FUND,<br><br>Plaintiff(s),<br><br>v.<br><br>BROTMAN MEDICAL CENTER, et al.,<br><br>Defendant(s). | Case No. CV 14-09461-RGK (AGRx)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AS TO DEFENDANT BROTMAN MEDICAL CENTER |

On April 10, 2015, an Orders to Show Cause re Dismissal of defendant Brotman Medical Center for Lack of Prosecution was issued. A response to the Order to Show Cause was due on or before April 20, 2015.

As of this date, no response to the Order to Show Cause has been filed by Plaintiff. The matter is hereby dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 5/4/15

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE